UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KAHLIMAH JONES, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

vs.

GIMLET MEDIA LLC,

    Defendant.

Case No. 1:20-cv-03102-EK-SMG

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that plaintiff Kahlimah Jones hereby voluntarily dismisses, with prejudice, her complaint against defendant Gimlet Media LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

Dated: Scarsdale, New York
November 19, 2020

SHAKED LAW GROUP, P.C.

By: _____
    Dan Shaked
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
shakedlawgroup@gmail.com

*Attorneys for Plaintiff Kahlimah Jones*

New York, New York
November 19, 2020

DAVIS WRIGHT TREMAINE LLP

By: _____
    Christopher L. Donati
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6422
chrisdonati@dwt.com

*Attorneys for Defendant Gimlet Media LLC*